TKTMJ, INC.                    *        NO. 2020-CA-0154

VERSUS                         *        COURT OF APPEAL

THE SEWERAGE AND               *        FOURTH CIRCUIT
WATER BOARD OF NEW
ORLEANS                        *        STATE OF LOUISIANA

                               *

                               *
                        * * * * * * *



JENKINS, J., CONCURS IN THE RESULT